```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06572
   CARMEN M CASTRO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9672


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/20/2008 and was not confirmed.

     The case was dismissed without confirmation 06/23/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
US BANK NATIONAL ASSOC   CURRENT MORTG        .00           .00           .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE        .00           .00           .00
CAPITAL ONE              UNSEC W/INTER  NOT FILED           .00           .00
HFC USA/BENEFICIAL       UNSEC W/INTER  NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER  NOT FILED           .00           .00
PARK DANSAN              UNSEC W/INTER  NOT FILED           .00           .00
WELLS FARGO FINANCIAL IL UNSEC W/INTER     1046.15          .00           .00
JEANISE GRIFFEN          NOTICE ONLY    NOT FILED           .00           .00
JORGE ZUNIGA             NOTICE ONLY    NOT FILED           .00           .00
OMAR CASTRO              NOTICE ONLY    NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER    11702.24          .00           .00
US BANK NATIONAL         NOTICE ONLY    NOT FILED           .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,824.00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------      ---------------
TOTALS                        .00                   .00




              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06572 CARMEN M CASTRO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 09/24/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```